[Civ. No. 7905. Second Appellate District, Division One.—May 7, 1931.]

PLEATERS & STITCHERS ASSOCIATION (a Voluntary Association), Petitioner, v. THE SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent.

Morris & Abbey and H. W. Biddle for Petitioner.

No appearance for Respondent.

THE ▮▮▮▮▮ It appears to the court that the order sought to be reviewed, wherein an application for confirmation of an arbitration award was dismissed "with prejudice," was in effect an order vacating the award, and that such order is subject to the right of appeal. (Code Civ. Proc., sec. 1293.) It follows that the writ of review does not lie in this case. (Code Civ. Proc., sec. 1068.) For that reason the petition is denied.